IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. Securities and Exchange Commission, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-CV-0787-MJR |
| | ) |
| Jeffrey Laumbattus and Joni Laumbattus, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that this cause of action **is dismissed with prejudice, with all parties to bear their own costs**.

DATED this 14th day of October, 2009.

NANCY ROSENSTENGEL, CLERK

BY:  s/Annie McGraw
        **Deputy Clerk**

**Approved:**

*s/Michael J. Reagan*
MICHAEL J. REAGAN
U.S. District Judge